**JUDGE KARAS**

07 CV 2905

S. Peter Ludwig (SL-1936)
James E. Hanft (JEH-9230)

DARBY & DARBY, P.C.
805 Third Avenue
New York, NY 10022-7513
Tel: (212) 527-7700
Fax: (212) 527-7701

Attorneys for Plaintiff
Great American Tool Company, Inc.



APR 10 2007

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

GREAT AMERICAN TOOL COMPANY, INC. : Civil Action No.:_____
a New York Corporation,                :
                                       :
            *Plaintiff,*                :
                                       : **FED R. CIV. P. 7.1**
        v.                             : **STATEMENT**
                                       :
COLUMBIA RIVER KNIFE AND TOOL CO.,    : **JURY TRIAL DEMANDED**
an Oregon Corporation,                 :
                                       : ECF CASE
            *Defendant.*                :
                                       :
----------------------------------------------------------x

### PLAINTIFF GREAT AMERICAN TOOL COMPANY, INC's
### DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for Plaintiff, Great American Tool Company, Inc., (a privately-held, non-

governmental party) certifies that there is no parent corporation or publicly held corporation that owns 10% or more of its stock.

Dated: April 10, 2007

Respectfully Submitted,
DARBY & DARBY, P.C.

By: _____
S. Peter Ludwig (SL-1936)
James E. Hanft (JEH-9230)
805 Third Avenue 26th Floor
New York, NY 10022-7513
Tel: (212) 527-7700
Fax: (212) 527-7701

*Attorneys for Plaintiff*:
Great American Tool Company, Inc.