# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 2905

Date Filed: _____

Plaintiff:
**GREAT AMERICAN TOOL COMPANY INC.**

vs.

Defendant:
**COLUMBIA RIVER KNIFE AND TOOL CO**

For:
Anthy Antoniou
DARBY & DARBY
7 World Trade Center
250 Greenich Street
New York, NY 10007

Received by Free Lance Investigations to be served on **COLUMBIA RIVER KNIFE AND TOOL CO. C/O ROB BREMMER, 9720 S W HILLMAN COURT, SUITE 805, WILSONVILLE, OR 97070**.

I, L Reed, being duly sworn, depose and say that on the **25th day of May, 2007** at **10:00 am, I:**

SERVED the within named by delivering the **SUMMONS AND COMPLAINT INCLUDING EXHIBIT A; FIRST AMENDED COMPLAINT INCLUDING EXHIBITS A-B; CIVIL COVER SHEET; FED R. CIV P. 7. 1 STATEMENT; INDIVIDUAL PRACTICES OF KENNETH M KARAS; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN** personally and in person at the above address to NEIL WONG who is a person who is apparently in charge of the office and authorized to accept service for the above subject.

I am a competent person over 18 years of age and a resident of the State of Oregon. I am not a party to nor an officer, director or employee of, nor attorney for any party. The entity served is the same entity named in the action.

OFFICIAL SEAL
MARCIA A. BAUGHMAN
NOTARY PUBLIC-OREGON
COMMISSION NO. 376032
MY COMMISSION EXPIRES JAN. 18, 2008

Subscribed and Sworn to before me on the 25th day of May, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC
My Commission Expires: _1-1-8-08_

**L Reed**
Process Server

**Free Lance Investigations
& Process Serving**
P.O. Box 1948
Hillsboro, OR 97123
(503) 547-8444
Our Job Serial Number: 2007003386

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g