UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

Great American Tool Company Inc.

        Plaintiff,

    -against-

Columbia River Knife and Tool Co.

        Defendant.
----------------------------------------------------------------x

07 CIVIL 2905 ( KMK )

# NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: James E. Hanft

■ *Attorney*

    ■ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: JH-9230

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

■ *Address:* Darby & Darby P.C., 7 World Trade Center, 250 Greenwich Street, NY, NY 10007-0042

☐ *Telephone Number:* 212-527-7700

☐ *Fax Number:* 212-527-7701

☐ *E-Mail Address:* jhanft@darbylaw.com

Dated: June 4, 2007