*Karns, J*

S. Peter Ludwig (SL-1936)
James E. Hanft (JEH-9230)
DARBY & DARBY, P.C.
805 Third Avenue
New York, NY 10022-7513
Tel: (212) 527-7700
Fax: (212) 527-7701

Attorneys for Plaintiff
Great American Tool Company, Inc.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/07
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | |
|---|---|
| GREAT AMERICAN TOOL COMPANY, INC. a New York Corporation, | Civil Action No.: 07CV2905(KMK) |
| *Plaintiff*, | |
| v. | **MOTION ON CONSENT TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** |
| COLUMBIA RIVER KNIFE AND TOOL CO., an Oregon Corporation, | |
| *Defendant*. | **ECF CASE** |

-------------------------------------------------------------x

The parties agreed to extend the time for Defendant Columbia River Knife and Tool Co. to respond to the First Amended Complaint filed in the above action. This agreement was entered into to provide the parties time to engage in settlement discussions. This is the first request for an extension of time to respond to the first Amended Complaint.

Pursuant to the foregoing, Plaintiff moves that the date for the response shall be extended two weeks from the original deadline of June 14, 2007 up to and including June 28, 2007.

Dated: June 12, 2007

Respectfully Submitted,
DARBY & DARBY, P.C.

By: /s/ James Hanft

S. Peter Ludwig (SL-1936)
James E. Hanft (JEH-9230)
805 Third Avenue 26th Floor
New York, NY 10022-7513
Tel: (212) 527-7700
Fax: (212) 527-7701

*Attorneys for Plaintiff:*
Great American Tool Company, Inc.

SO ORDERED

This 15th day of June, 2007

/s/ Kenneth M. Karas
Hon. Kenneth M. Karas
United States District Judge