UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

GREAT AMERICAN TOOL COMPANY, INC., : Civil Action No: 07 CV 2905(KMK)
a New York Corporation,

                        Plaintiff, : **MOTION TO ADMIT COUNSEL**
- against - : **PRO HAC VICE**

COLUMBIA RIVER KNIFE AND TOOL CO., an :
Oregon Corporation, : **ECF CASE**

                       Defendant. :
-----------------------------------------------------------------x

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Louise Sommers, a member in good standing of the bar of this Court, hereby move for an Order allowing admission pro hac vice of:

      Applicants' Names:    Scott E. Davis
      Firm Name:    Klarquist Sparkman, LLP
      Address:    121 SW Salmon Street, Suite 1600
      City/State/Zip:    Portland, Oregon 97204
      Phone Number:    503-595-5300
      Fax Number:    503-595-5301
      Email:    scott.davis@klarquist.com

Scott E. Davis is a member in good standing of the Bars of the States of Oregon and California. There are no pending disciplinary proceedings against Scott E. Davis in any State or Federal court.

Dated: July 10, 2007
New York, New York

Respectfully Submitted,

By: _____
Louise Sommers LS2707
Miller Korzenik Sommers LLP
488 Madison Avenue 11th Floor
NY NY 10022-5702
Phone 212-752-9200
Fax 212-688-3998
Attorneys for Defendant Columbia River Knife and Tool Co.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                  :
GREAT AMERICAN TOOL COMPANY, INC.,          : Civil Action No:  07CV2905(KMK)
a New York Corporation,                     :
                                            :
                              Plaintiff,    : **AFFIDAVIT OF LOUISE**
                                            : **SOMMERS IN SUPPORT OF**
              - against -                   : **MOTION TO ADMIT COUNSEL**
                                            : **PRO HAC VICE**
COLUMBIA RIVER KNIFE AND TOOL CO., an       :
Oregon Corporation,                         :
                                            : **ECF CASE**
              Defendant.                    :
                                            :
                                            :
------------------------------------------------------------------x

State of New York        )
                         ) ss:
County of New York       )

Louise Sommers, being duly sworn, hereby deposes and says as follows:

1. I am an attorney with the law firm of Miller Korzenik Sommers, LLP, counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Scott E. Davis as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1977. I am also admitted to the bar of the United States District Court for the Southern District of New York, and I am in good standing with this Court.

3. Mr. Davis is an attorney with Klarquist Sparkman, LLP, in Portland, Oregon, whom I was privileged to meet and work with this year.

4. I have found Mr. Davis to be a skilled attorney and person of integrity. He is experienced in Federal practice and familiar with the Federal Rules of Civil Procedure.

5. Accordingly, I am pleased to move for the admission of Scott E. Davis, pro hac vice.

1

6.    I respectfully submit a proposed order granting the admission of Scott E. Davis, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Scott E. Davis, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Respectfully submitted

_____
Louise Sommers
LS 2707

Sworn to before me
this 10th day of July 2007

_____
Notary Public

David S. Korzenik, Esq.
Notary Public, State of New York
No. 02KO4770157
Qualified in New York County
Commission Expires August 31, 20__

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
GREAT AMERICAN TOOL COMPANY, INC.,   :   Civil Action No: 07 CV 2905(KMK)
a New York Corporation,              :
                                     :
                         Plaintiff,  :   **ORDER FOR ADMISSION PRO**
                                     :   **HAC VICE ON WRITTEN**
            - against -              :   **MOTION**
                                     :
COLUMBIA RIVER KNIFE AND TOOL CO., an :
Oregon Corporation,                  :   **ECF CASE**
                                     :
                         Defendant.  :
                                     :
                                     :
------------------------------------------------------------------------x

Upon the motion of Louise Sommers, attorney for Columbia River Knife and Tool Co., and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

|  |  |
|---|---|
| Applicant's Name: | Scott E. Davis |
| Firm Name: | Klarquist Sparkman, LLP |
| Address: | 121 SW Salmon Street, Suite 1600 |
| City/State/Zip: | Portland, Oregon 97204 |
| Phone Number: | 503-595-5300 |
| Fax Number: | 503-595-5301 |
| Email Address: | scott.davis@klarquist.com |

is admitted to practice pro hac vice as counsel for Columbia River Knife and Tool Co. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:

New York, New York

_____
United States District Judge



**CERTIFICATE**

State of Oregon        )
                       ) ss.
County of Clackamas    )

    I, Susan Roedl Cournoyer, do hereby certify that I am an Assistant Disciplinary Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

    The official files and records of the Oregon State Bar indicate:

### SCOTT E. DAVIS

was admitted to practice law in the State of Oregon by examination and became an active member of the Oregon State Bar on September 30, 2002.

    There are no complaints, grievances or disciplinary proceedings presently pending against this member.

    No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

    Mr. Davis is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

    DATED this 28th day of June, 2007.

Susan Roedl Cournoyer
Assistant Disciplinary Counsel
Oregon State Bar

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

July 5, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SCOTT EDWARD DAVIS, #211349 was admitted to the practice of law in this state by the Supreme Court of California on December 7, 2000; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

J. Robert McPhail
Custodian of Membership Records

## AFFIRMATION OF SERVICE

Jeffrey Farmer, an attorney duly admitted to practice law in the courts of the State of New York, affirms the following under penalty of perjury:

1. I am over 18 and not a party to this action.

2. On July 11, 2007 I served the within MOTION TO ADMIT COUNSEL PRO HAC VICE and AFFIRMATION OF LOUISE SOMMERS with EXHIBITS

by placing true copies thereof in properly addressed, securely sealed, postpaid wrapper and by mailing them via regular first class mail by depositing the same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon the following:

James Hanft, Esq.
Darby & Darby
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
*Attorneys for Plaintiff Great American
Tool Company, Inc.*

Dated: July 11, 2007

_____
Jeffrey Farmer