UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

GREAT AMERICAN TOOL COMPANY, INC., : Civil Action No: 07CV2905(KMK)
a New York Corporation, :
 :
                             Plaintiff, : **MOTION TO ADMIT COUNSEL**
 : **PRO HAC VICE**
            - against - :
 :
COLUMBIA RIVER KNIFE AND TOOL CO., an : **ECF CASE**
Oregon Corporation, :
 :
           Defendant. :
 :
------------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Louise Sommers, a member in good standing of the bar of this Court, hereby move for an Order allowing admission pro hac vice of:

    Applicant's Name:    John D. Vandenberg
    Firm Name:    Klarquist Sparkman, LLP
    Address:    121 SW Salmon Street, Suite 1600
    City/State/Zip:    Portland, Oregon 97204
    Phone Number:    503-595-5300
    Fax Number:    503-595-5301
    Email Address:    john.vandenberg@klarquist.com

John D. Vandenberg is a member in good standing of the Bars of the States of Oregon and Washington. There are no pending disciplinary proceedings against John D. Vandenberg in any State or Federal court.

Dated: July 31, 2007.    By: Respectfully Submitted,

                                              Louise Sommers, LS 2707
                                              MILLER KORZENIK SOMMERS LLP
                                              488 Madison Avenue 11th Floor
                                              NY NY 10022-5702
                                              Phone 212-752-9200
                                              Fax 212-688-3996
                                              Email LSOMMERS@MKSLEX.COM
                                              Attorneys for Defendant
                                              COLUMBIA RIVER KNIFE AND TOOL CO.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
GREAT AMERICAN TOOL COMPANY, INC.,                          :   Civil Action No:  07CV2905(KMK)
a New York Corporation,                                     :
                                                            :
                                  Plaintiff,                :   **AFFIDAVIT OF LOUISE**
                                                            :   **SOMMERS IN SUPPORT OF**
              - against -                                   :   **MOTION TO ADMIT COUNSEL**
                                                            :   **PRO HAC VICE**
COLUMBIA RIVER KNIFE AND TOOL CO., an                       :
Oregon Corporation,                                         :
                                                            :   **ECF CASE**
                                  Defendant.                :
                                                            :
                                                            :
------------------------------------------------------------x

State of New York       )
                        ) ss:
County of New York      )

Louise Sommers, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Miller Korzenik Sommers, LLP, counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit John D. Vandenberg as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1977. I am also admitted to the bar of the United States District Court for the Southern District of New York, and I am in good standing with this Court.

3. Mr. Vandenberg is an attorney with Klarquist Sparkman, LLP, in Portland, Oregon whom I had the privilege to meet and work with this year.

4. I have found Mr. Vandenberg to be a skilled attorney and person of integrity. He is experienced in Federal practice and familiar with the Federal Rules of Civil Procedure.

5. Accordingly, I am pleased to move for the admission of John D. Vandenberg, pro hac vice.

1

6.     I respectfully submit a proposed order granting the admission of John D. Vandenberg, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit John D. Vandenberg, pro hac vice, to represent Defendant in the above captioned matter, be granted.

                                                       Respectfully submitted

Jeffrey R. Farmer, Esq.
Notary Public, State of New York
No. 02FA6116985
Qualified in New York County
Commission Expires October 12, 20__

_____
Louise Sommers
LS 2707

Sworn to before me
this ___ day of July 2007

_____
Notary Public

2



# CERTIFICATE

State of Oregon    )
                   )  ss.
County of Clackamas )

I, Linn D. Davis, do hereby certify that I am an Assistant Disciplinary Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

### JOHN D. VANDENBERG

was admitted to practice law in the State of Oregon by examination and became an active member of the Oregon State Bar on September 15, 1989.

There are no complaints, grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Vandenberg is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 16th day of July, 2007.

Linn D. Davis
Assistant Disciplinary Counsel
Oregon State Bar

# STATUS CERTIFICATE

This certifies that

# JOHN D VANDENBERG

was admitted to the Bar of the State of Washington on November 20, 2006, has been an active member since admission, and has complied with all requirements of the Washington State Bar Association for payment of licensing fees and attendance at continuing legal education programs.

Dated as of July 9, 2007.

*Paula C. Littlewood*
Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Avenue, Suite 600
Seattle, WA 98101-2539
206-443-WSBA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                                                 :
GREAT AMERICAN TOOL COMPANY, INC.,        :   Civil Action No: 07CV2905(KMK)
a New York Corporation,                   :
                                          :
                    Plaintiff,            :   **ORDER FOR ADMISSION PRO**
                                          :   **HAC VICE ON WRITTEN**
         - against -                      :   **MOTION**
                                          :
COLUMBIA RIVER KNIFE AND TOOL CO., an     :
Oregon Corporation,                       :   **ECF CASE**
                                          :
         Defendant.                       :
                                          :
-----------------------------------------------------------------x

Upon the motion of Louise Sommers, attorney for Columbia River Knife and Tool Co., and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

        Applicant's Name:    John D. Vandenberg
        Firm Name:    Klarquist Sparkman, LLP
        Address:    121 SW Salmon Street, Suite 1600
        City/State/Zip:    Portland, Oregon 97204
        Phone Number:    503-595-5300
        Fax Number:    503-595-5301
        Email Address:    john.vandenberg@klarquist.com

is admitted to practice pro hac vice as counsel for Columbia River Knife and Tool Co. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:

                                                By:_____
                                                   United States District Judge

## AFFIRMATION OF SERVICE

Jeffrey Farmer, an attorney duly admitted to practice law in the courts of the State of New York, affirms the following under penalty of perjury:

1. I am over 18 and not a party to this action.

2. On August 1, 2007 I served the within MOTION TO ADMIT COUNSEL PRO HAC VICE AND AFFIRMATION OF LOUISE SOMMERS AND PROPOSED ORDER

by placing true copies thereof in properly addressed, securely sealed, postpaid wrapper and by mailing them via regular first class mail by depositing the same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon the following:

James Hanft, Esq.
Darby & Darby
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
*Attorneys for Plaintiff Great American
Tool Company, Inc.*

Dated: August 1, 2007

_____
Jeffrey Farmer