USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 8/8/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

GREAT AMERICAN TOOL COMPANY, INC.,         :     Civil Action No:  07 CV 2905(KMK)
a New York Corporation,                     :
                                            :
                          Plaintiff,        :     **ORDER FOR ADMISSION PRO**
                                            :     **HAC VICE ON WRITTEN**
            - against -                      :     **MOTION**
                                            :
COLUMBIA RIVER KNIFE AND TOOL CO., an       :
Oregon Corporation,                         :          **ECF CASE**
                                            :
            Defendant.                      :
                                            :
                                            :
-------------------------------------------------------------x

Upon the motion of Louise Sommers, attorney for Columbia River Knife and Tool Co., and said
sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

          Applicant's Name:    Scott E. Davis
          Firm Name:           Klarquist Sparkman, LLP
          Address:             121 SW Salmon Street, Suite 1600
          City/State/Zip:      Portland, Oregon 97204
          Phone Number:        503-595-5300
          Fax Number:          503-595-5301
          Email Address:       scott.davis@klarquist.com

is admitted to practice pro hac vice as counsel for Columbia River Knife and Tool Co. in the
above captioned case in the United States District Court for the Southern District of New York.
All attorneys appearing before this Court are subject to the Local Rules of this Court, including
the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case
Filing (ECF) system, counsel shall immediately register for an ECF password at
nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:  8/6/07

New York, New York

_____
/United States District Judge