MILLER KORZENIK SOMMERS LLP
Louise Sommers (LS 2707)
488 Madison Avenue 11th Floor
New York, New York 10022-5702
(212) 752-9200
Attorneys for Defendant COLUMBIA RIVER KNIFE AND TOOL CO.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

| | |
|---|---|
| GREAT AMERICAN TOOL COMPANY, INC., a New York Corporation, | Civil Action No: 07CV2905(KMK) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| - against - | **ECF CASE** |
| COLUMBIA RIVER KNIFE AND TOOL CO., an Oregon Corporation, | |
| Defendant. | |

-----------------------------------------------------------------X

PLEASE TAKE NOTICE, that the below named attorneys appear for Columbia River Knife and Tool Co., the above named Defendant, and hereby request that a copy of all pleadings, notices and other papers in this proceeding be served upon them. In so appearing, Defendant reserves, and does not waive, any and all defenses, including but not limited to those relating to personal jurisdiction, service and sufficiency of process, venue, standing and all other objections.

Date: New York, New York
     August 9, 2007

MILLER KORZENIK SOMMERS LLP

By: _____
Louise Sommers
488 Madison Avenue, 11th Floor
New York, NY 10022
(212) 752-9200
Attorneys for Defendant
Columbia River Knife and Tool Co.