UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/07

---------------------------------------------------------------x

GREAT AMERICAN TOOL COMPANY, INC.,
a New York Corporation,

         Plaintiff,

   - against -

COLUMBIA RIVER KNIFE AND TOOL CO., an
Oregon Corporation,

   Defendant.

---------------------------------------------------------------x

Civil Action No: 07CV2905(KMK)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

**ECF CASE**

Upon the motion of Louise Sommers, attorney for Columbia River Knife and Tool Co., and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

  Applicant's Name: John D. Vandenberg
  Firm Name: Klarquist Sparkman, LLP
  Address: 121 SW Salmon Street, Suite 1600
  City/State/Zip: Portland, Oregon 97204
  Phone Number: 503-595-5300
  Fax Number: 503-595-5301
  Email Address: john.vandenberg@klarquist.com

is admitted to practice pro hac vice as counsel for Columbia River Knife and Tool Co. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 8/8/07

By: _____
United States District Judge

1