

# MILLER KORZENIK SOMMERS LLP

188 MADISON AVENUE • NEW YORK, NEW YORK 10022-5702
TEL 212.752.9200 • FAX 212.688.3996 • WWW.MKSLEX.COM

LOUISE SOMMERS
DIR TEL 212 750.0005
DIR FAX 212 750 7411

BY HAND
September 20, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 615
New York, NY 10007

Re:  Great Am. Tool Co. v. Columbia River Knife and Tool Co., No. 07-CV-2905

Dear Judge Sullivan:

We are local counsel for Defendant Columbia River Knife and Tool Co. ("CRKT") in the above captioned case, which has been reassigned from Judge Karas.

A pre-motion conference in the case is presently scheduled for next Wednesday, September 26, 2007 at 10:00 A.M. Defendant's principal counsel, John Vandenberg and Scott E. Davis of Klarquist Sparkman, LLP in Portland, Oregon, have been admitted *pro hac vice* and will be handling the conference on CRKT's behalf. We are writing to request that the Court permit Messrs. Vandenberg and Davis to participate in that conference by telephone, rather than requiring them to travel here the previous evening to attend in person.

We appreciate the Court's consideration in this regard.

Respectfully submitted,

Louise Sommers

cc:  S. Peter Ludwig, Esq.,
     James Hanft, Esq.,
     Darby & Darby, PC, Attorneys for Plaintiff (By Hand)

*[Handwritten endorsement:]* Counsel shall call chambers @ 212-805-0264.

So ordered.

USDJ
9/21/07

*[Stamp:]* MEMO ENDORSED