UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/07

---

GREAT AMERICAN TOOL CO. INC.,

        Plaintiff,

-v-

COLUMBIA RIVER KNIFE AND TOOL CO.,

        Defendant.

Case No. 07-CV-2905 (RJS)

ORDER

---

RICHARD J. SULLIVAN, District Judge:

    At the conference held before the Court on September 26, 2007, the Court adopted the following schedule:

> Defendant shall file and serve its motion to dismiss the complaint for improper venue or, in the alternative, for a change of venue not later than October 19, 2007.
>
> Plaintiff's opposition papers shall be filed and served upon opposing counsel not later than October 26, 2007.
>
> Defendant's reply shall be filed and served not later than November 2, 2007.
>
> If Defendant opts not to file the venue motion, Defendant shall file and serve an answer to the complaint not later than October 19, 2007.

SO ORDERED.

Dated:    New York, New York
           September 26, 2007

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE