# Exhibit 1

Case 1:07-cv-02905-RJS   Document 18-2   Filed 10/19/2007   Page 1 of 4





- **Vallotton-Ochs Kickstart**
- Worden Tactical
- Herman Wall Street
- Lightfoot Combat Pen
- Warranty

**Vallotton-Ochs Designed Kickstart™**

Butch Vallotton, known for his flawless opening mechanisms and custom knife designs, and Charles Ochs, designer of the original "Black Knife," teamed up to create the new Timberline Kickstart™. The lightning fast/super smooth Vallotton assist deploys the blade to the locked position with authority. The classic "Black Knife" handle and blade design has been the tactical performance standard to the special operations community for decades.



| | | | |
|---|---|---|---|
| **Designer:** | Butch Vallotton/Charles Ochs | **Handle Material:** | Zytel® |
| **Type:** | Vallotton assisted opener | **Handle Length:** | 4.62" (117 mm) |
| **Liners:** | 420-J2 stainless steel | **Overall Length:** | 7-15/16" (200 mm) |
| **Blade Material:** | AUS-8 stainless steel | **Weight:** | 4.9 ounces (.14 kgs) |
| **Blade Finish:** | Bead blasted matte with black Teflon coating | **Pocket Clip:** | Stainless steel, Teflon coated, tip down |
| **Blade Length:** | 3.25" (82 mm) | | |



**Click for larger image**

**Vallotton-Ochs Designed Kickstart™ Combo Edge**

Item: #1141    Price: $69.99

[1]   Add to Cart

**Click for larger image**

**Vallotton-Ochs Designed Kickstart™ Plain Edge**

Item: #1143    Price: $69.99

[1]   Add to Cart

You might also be interested in the Vallotton SQK™ Knife

6/25/2007



## Your Shopping Cart

Below is a summary of what is currently in your cart.

| Remove Product | Quantity | Product ID | Brief Description | Price | Product Total |
|---|---|---|---|---|---|
| 🗑 | 1 | 1141 | Vallotton-Ochs Designed Kickstart, combo edge | 69.99 | 69.99 |
| | | | | Price SubTotal: | 69.99 |
| | | | | Shipping SubTotal: | 8.00 |
| | | | | Total: | 77.99 |

[ Modify Shopping Cart ]        [ Check Out ]

You can now continue shopping and adding items to your basket and your order information will be saved for you, or:

You can **modify** this order by clicking on the "trash can" to remove an item, or changing the quantity and then pressing the "Modify Shopping Cart" button.

If you are **finished shopping** and would like to complete your order, please press the "Check Out" button to continue.

Note: You can send your order as a gift! Just fill out the "Gift Recipient" information on the Check Out page, and we will send it out for you, with a short gift message.

## Ordering Information

How to order:

To order items from our website, enter a quantity next to the item(s) you want to order and press the "Add to Cart" button on that page. That item will be added to the list of items you would like to purchase. When you are finished shopping, click the "Check Out" button on the Shopping Basket page to complete your order.

Shipping:

Shipping is based on 10% of the purchase price with a minimum of $8.00 per order. All shipping prices are for continental US only. For other areas we will email you with your shipping cost before shipping order.

Taxes:

We collect 8.75% state sales tax on New York State orders. Tax will be calculated and shown on the next "Confirm Order" page.

Credit Cards Accepted:

We accept Visa and Mastercard.



Return Policies:

All sales are final. If you have any questions or problems with your order please contact us.

Our shopping cart system utilizes SSL encryption technology for online transactions to protect your credit card information from your computer to our Internet server.

If you have any questions, please contact us.

| Legal Info | Privacy Policy | Contact |