# Exhibit 2



**Home**
**What's New**
**Sport & Work**
**Professional**
**Warranty**
**Parts**
**Accessories**
**N.A. Retailers**
**International**
**Print Catalogs**

### WHERE TO BUY IN THE U.S. AND CANADA

We'll connect you to a knowledgeable retailer who carries the products in which you are interested.

Simply contact us by phone, fax or e-mail and we'll give you the names of one or more of our North American CRKT retailers who carry the products you want to buy.

**Please! To help us quickly find the retailers near you, please give us:**

1. Your name

2. City and State (or Province)

3. ZIP Code (or Postal Code)

4. **Your complete phone number, fax number or e-mail address.**

We have found that most consumers want to handle knives before making their final decision, especially as it relates to colors, finishes, weight and one's personal response to the knife. In many of our lines, such as the M16, you have a very wide variety of choices. Your CRKT retailer will be glad to help you with your selection.

Columbia River Knife & Tool
**Toll free, U.S. and Canada, 1-800-891-3100**
**Phone: (503) 685-5015**
**Fax: (503) 682-9680**
**E-mail: info@crkt.com**

Mailing address:
Columbia River Knife & Tool
9720 S.W. Hillman Court, Suite 805
Wilsonville, Oregon 97070 USA

**Catalog Order Form.** Just fill in this form and we'll send you a free color catalog of the entire CRKT line.

---

Email: **info@crkt.com** | U.S. and Canada Toll Free: **1-800-891-3100** | Where to Buy in North America | International Distributors

*Copyright 2007, Columbia River Knife & Tool. Use of photographs must be authorized directly from CRKT.*

6/25/2007