# EXHIBIT 3

## Total Costs: Litigation-Patent Infringement by Location

**Litigation-Patent Infringement Less than $1M at risk--End of Discovery (000s) (Q36a)**

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 348 | 21 | 27 | 18 | 38 | 12 | 16 | 12 | 24 | 8 | 63 | 32 | 19 | 19 | 36 |
| Mean (Average) | $461 | $687 | $595 | $546 | $438 | $436 | $471 | $327 | $550 | $606 | $378 | $521 | $391 | $429 | $314 |
| First Quartile 25% | $200 | $225 | $200 | $119 | $188 | $258 | $313 | $194 | $200 | $500 | $200 | $250 | $150 | $150 | $163 |
| Median (Midpoint) | $350 | $500 | $350 | $350 | $300 | $350 | $425 | $300 | $375 | $550 | $250 | $450 | $400 | $300 | $300 |
| Third Quartile 75% | $500 | $850 | $750 | $575 | $500 | $688 | $613 | $400 | $713 | $713 | $400 | $725 | $600 | $500 | $400 |

**Litigation-Patent Infringement Less than $1M at risk--Inclusive, all costs (000s) (Q36b)**

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 341 | 19 | 28 | 16 | 37 | 12 | 15 | 12 | 24 | 7 | 61 | 31 | 19 | 21 | 36 |
| Mean (Average) | $767 | $964 | $1,107 | $603 | $786 | $645 | $882 | $523 | $726 | $1,043 | $598 | $958 | $665 | $964 | $576 |
| First Quartile 25% | $380 | $500 | $425 | $256 | $350 | $425 | $600 | $294 | $306 | $800 | $338 | $500 | $250 | $450 | $300 |
| Median (Midpoint) | $600 | $750 | $675 | $550 | $500 | $500 | $750 | $450 | $625 | $1,000 | $500 | $750 | $750 | $600 | $500 |
| Third Quartile 75% | $1,000 | $1,250 | $1,500 | $850 | $1,125 | $900 | $1,000 | $688 | $1,000 | $1,000 | $643 | $1,000 | $1,000 | $1,625 | $738 |

**Litigation-Patent Infringement $1-$25M at risk--End of Discovery (000s) (Q36c)**

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 450 | 29 | 35 | 18 | 48 | 19 | 19 | 14 | 39 | 15 | 69 | 41 | 27 | 33 | 39 |
| Mean (Average) | $1,589 | $1,888 | $2,021 | $1,483 | $1,630 | $2,008 | $1,717 | $1,452 | $1,691 | $2,233 | $759 | $1,824 | $1,623 | $1,732 | $1,351 |
| First Quartile 25% | $700 | $900 | $1,000 | $250 | $750 | $600 | $880 | $575 | $1,150 | $1,500 | $400 | $1,000 | $500 | $775 | $650 |
| Median (Midpoint) | $1,250 | $1,750 | $2,000 | $1,625 | $1,000 | $1,000 | $1,500 | $875 | $1,500 | $2,000 | $600 | $1,500 | $1,250 | $1,500 | $1,000 |
| Third Quartile 75% | $2,000 | $3,000 | $3,000 | $2,500 | $2,000 | $3,000 | $2,000 | $2,125 | $2,300 | $3,000 | $1,000 | $2,750 | $2,500 | $2,250 | $2,000 |

AIPLA Report of the Economic Survey 2007
I-90