UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

GREAT AMERICAN TOOL COMPANY, INC., : Civil Action No: 07CV2905(KMK)
a New York Corporation, :
:
Plaintiff, : **DECLARATION OF RODNEY**
: **BREMER IN SUPPORT OF**
- against - : **DEFENDANT'S MOTION TO**
: **DISMISS**
COLUMBIA RIVER KNIFE AND TOOL CO., an :
Oregon Corporation, :
: <u>**ECF CASE**</u>
Defendant. :
:

I, Rodney Bremer, am over the age of 18 and declare as follows:

1. I am the President of Columbia River Knife & Tool ("CRKT"). CRKT is the assumed business name under which GB II Corporation, an Oregon Corporation, does business.

2. I have personal knowledge of the facts set forth herein concerning CRKT.

3. CRKT has its principal place of business in the State of Oregon.

4. CRKT has no office or place of business or employees outside of Oregon.

5. CRKT has never been, and has not applied to be, registered or licensed to do business in the State of New York.

6. CRKT has no offices or employees in the State of New York and does not own or lease any real property in the State of New York.

7. CRKT does not have any sales representatives based in the State of New York.

8. CRKT's website does not allow orders to be placed directly to CRKT online.

9. CRKT's products are available through a network of independent retailers and distributors.

10. CRKT's year to date sales shipped to any of the following New York counties: Bronx, Dutchess, New York, Orange, Putnam, Rockland, Sullivan and Westchester have amounted to less than about 0.05% of CRKT's total year to date sales.

11. CRKT acquired all right, title and interest in of U.S. Patent No. 6,834,432 ("the '432 Patent") from Proceeding Corp., a company in Taiwan, on May 15, 2007.

12. Neither CRKT, nor anyone else to my knowledge, threatened to sue Plaintiff Great American Tool Company, Inc. for infringement of the '432 Patent prior to the day CRKT filed the Oregon Complaint.

13. Attached hereto as Exhibit 1 is the Complaint CRKT file against GATCO in Oregon on May 17, 2007.

14. The following table summarizes the witnesses I currently anticipate may be relevant to this case, and their whereabouts to the best of my knowledge:

| Likely Witnesses | Location |
| --- | --- |
| Alney K. Vallotton, applicant for '157 Patent asserted by GATCO | Oakland, OR |
| William Taylor, inventor of CRKT's '432 Patent | Marietta, GA |
| Proceeding Corp., prior owner of CRKT's '432 Patent | Taipei, Taiwan |
| Rod Bremer, CRKT President | Wilsonville, OR |
| John Anthon, GATCO President | Buffalo, NY |

15. Based on my current understanding of the CRKT products accused by GATCO of infringing the '157 Patent (U.S. Patent No. 7,086,157), none of those products were designed in the State of New York. Further, the drawings and other documents related to those designs are in CRKT's offices in Oregon.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this _3rd_ day of July, 2007.

By: _____
Rodney Bremer

3