James E. Hanft (JEH-9230)
S. Peter Ludwig (SPL-1936)
Darby & Darby
250 Greenwich Street
New York, NY 10007-0041
212-527-7700

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Great American Tool Company, Inc., a New York Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Columbia River Knife and Tool Co., an Oregon Corporation,<br><br>Defendant. | Civil No.: 07 CV 2905 (RJS)<br><br>**MOTION ON CONSENT TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS COMPLAINT**<br><br>**ECF CASE** |

Plaintiff Great American Tool Company, Inc. ("GATCO") moves the Court to extend the time for GATCO to oppose Defendant Columbia River Knife & Tool Company's ("CRKT") Motion to Dismiss Complaint by one week, and the time for CRKT to file a reply by an additional week. The opposition is originally due on October 26, 2007, with the reply due on November 3, 2007. There have been no previous requests for an extension. CRKT consents to the extension. There are no other scheduled dates effected by this request.

The parties request that GATCO's response be due on November 2, 2007, and CRKT's reply be due on November 16, 2007.

1

Respectfully Submitted,

DARBY & DARBY, P.C.

By: /s/ James E. Hanft

James E. Hanft, Esq.
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Tel: (212) 527-7700
Fax: (212) 527-7701
Email: jhanft@darbylaw.com

*Attorneys for Defendant Great American Tool Company, Inc.*

SO ORDERED

This **26** day of **Oct.**, 2007

Hon. Robert Sullivan
United States District Judge