James E. Hanft (JEH-9230)
S. Peter Ludwig (SPL-1936)
Darby & Darby, P.C.
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Tel: (212) 527-7700
Fax: (212) 527-7701



IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Great American Tool Company, Inc.,** a New York Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> **Columbia River Knife and Tool Co.,** an Oregon Corporation, <br><br> Defendant. | Civil No.: 07 CV 2905 (RJS) <br><br> **ECF CASE** |

## PLAINTIFF GREAT AMERICAN TOOL COMPANY INC.'S
## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Great American Tool Company, Inc. ("GATCO") hereby dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

No adverse party has yet served either an answer to the Complaint or a motion for summary judgment. GATCO has never before dismissed an action based on or including the same claims in any court of the United States or in any state court.

1

Dated: November 2, 2007          Respectfully Submitted,

                                       DARBY & DARBY, P.C.

By:   s/ James E. Hanft
       James E. Hanft (JEH-9230)
       S. Peter Ludwig (SPL-1936)
       7 World Trade Center
       250 Greenwich Street
       New York, NY 10007-0042
       Tel: (212) 527-7700
       Fax: (212) 527-7701
       Email: jhanft@darbylaw.com
       Email: pludwig@darbylaw.com

*Attorneys for Plaintiff Great American Tool Company, Inc.*

SO ORDERED
Dated:
                RICHARD J. SULLIVAN
                U.S.D.J.